IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

ANGELANN STEPHENS,

          Plaintiff,

v.

          Civil Action No:

          1:13-CV-0978

ATLANTA INDEPENDENT SCHOOL
SYSTEM a.k.a. ATLANTA PUBLIC
SCHOOLS,

          Defendant.

_____

## NOTICE OF LEAVE OF ABSENCE

COMES NOW, Tamika Sykes and respectfully notify all Judges before whom she has cases pending, all affected Clerks of Court, and all opposing counsel, that she will be on leave pursuant to Court's local rules and standing order and shows the following:

1) The period of time during which Tamika Sykes will be away from the practice of law in the State of Georgia: **April 27-May 1, 2015** for rehearsal and performing in Atlanta Bar Association Bard Musical *Northside Story*; **May 7, 2015**- NELA Mentor presentation; **May 21-22, 2015-**Family Law

Institute Conference; **June 23-June 26th, 2015** –National Employment Lawyers Association National Convention; **July 3-July 6, 2015** for networking, career development, and vacation; **July 19th -27th, 2014**-NBA 90th Annual Convention; **July 30-Aug. 4, 2014** for networking, career development, and international travel; **Oct. 23rd, 2015-** Chair & programmer GABWA Family Law Section CLE; **Dec. 14-Dec. 18, 2015-**Firm's Year-End Business Development Planning & Retreat; **Dec. 21, 2015-Jan. 5, 2016**-is for holiday time with family.

2) All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted this 27th day of March, 2015.

/s/ Tamika Sykes
Tamika Sykes, Ga Bar # 141617
tamikasykes@sykesladson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2015 I electronically filed the within and foregoing NOTICE OF LEAVE OF ABSENCE FOR ATTORNEY TAMIKA SYKES with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Glinton R. Darien Jr.
Assistant General Counsel
Atlanta Independent School System
gdarien@atlantapublicschools.us

/s/ Tamika Sykes
Tamika Sykes, Ga Bar # 141617
tamikasykes@sykesladson.com